E-filing

1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2    Name WALTON,    KEVIN    L.

3    (Last)    (First)    (Initial)

4    Prisoner Number  J-83251

5    Institutional Address  P.O. BOX 4000, VACAVILLE, CALIFORNIA, 95696-4000

6    ============================================================

7    UNITED STATES DISTRICT COURT
8    NORTHERN DISTRICT OF CALIFORNIA

9    KEVIN LAVELLE WALTON                    CV )    08    2428
     (Enter the full name of plaintiff in this action.) )

10                   vs.                    )    Case No. _____
                                           )    (To be provided by the Clerk of Court)
11   A. ALLEN, in Individual and           )
12   official capacities,                  )    **COMPLAINT UNDER THE** PJH
                                           )    **CIVIL RIGHTS ACT,**
13   _____       )    Title 42 U.S.C § 1983
                                           )
14   _____       )
                                           )
15   _____       )                    (PR)
     (Enter the full name of the defendant(s) in this action) )

16   *[All questions on this complaint form must be answered in order for your action to proceed..]*

17   I.    Exhaustion of Administrative Remedies.

18         [**Note:** You must exhaust your administrative remedies before your claim can go

19         forward. The court will dismiss any unexhausted claims.]

20         A.    Place of present confinement CALIFORNIA STATE PRISON - SOLANO

21         B.    Is there a grievance procedure in this institution?

22               YES (X)    NO ( )

23         C.    Did you present the facts in your complaint for review through the grievance

24               procedure?

25               YES (X)    NO ( )

26         D.    If your answer is YES, list the appeal number and the date and result of the

27               appeal at each level of review. If you did not pursue a certain level of appeal,

28               explain why. LOG #CSP - S - 07-01/04

COMPLAINT                    - 1 -

1  1. Informal appeal _ON APRIL 9, 2007, the Appeal was filed at_

2  _the Informal Level, and was Heard and Returned on_

3  _APRIL 10, 2007 by Defendant "A. ALLEN (SEE EXHIBIT "I" at Sections A, B, C,_

4  2. First formal level _was filed on APRIL 10, 2007 and Partially_

5  _Granted on MAY 16, 2007, and Returned to Plaintiff_

6  _on MAY 22, 2007. (SEE EXHIBIT "I" at sections D, E _.

7  3. Second formal level _on MAY 24, 2007, Plaintiff filed to the_

8  _Second formal level of Review; that again Partially_

9  _Granted on JUNE 21, 2007, and returned to Plaintiff June 26, 2007_
   (SEE EXHIbit "I" at section G).

10 4. Third formal level _on JUNE 27, 2007, Plaintiff filed to the_

11 _Third formal level of Review that was denied on or_

12 _About October 3, 2007 (SEE EXHIBIT "I" at Section "H"_

13 E.  Is the last level to which you appealed the highest level of appeal available to

14     you?

15          YES (X)     NO ( )

16 F.  If you did not present your claim for review through the grievance procedure,

17 explain why. _____ _NON APPLICABLE_ _____

18 _____

19 _____

20 II.  Parties.

21 A.  Write your name and your present address. Do the same for additional plaintiffs,

22     if any.

23 _KEVIN LAVELLE WALTON (PLAINTIFF)  J-83251;_

24 _P. O.  BOX 4000_

25 _VACAVILLE, CALIFORNIA  95696-4000_

26 B.  Write the full name of each defendant, his or her official position, and his or her

27     place of employment.

28 _____

COMPLAINT                        - 2 -

1  THE DEFENDANT IS KNOWN TO PLAINTIFF AS "A. ALLEN",
2  and held the position of "OFFICER SUPERVISOR" at SOLANO
3  State Prison in Vacaville California

4

5  III.    Statement of Claim.

6      State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  On APRIL 9, 2007, defendant "A. ALLEN" here at the mail
11  room at SOLANO State Prison. Opened Plaintiff's (KEVIN LAVELLE
12  WALTON), legal mail addressed to him outside of his Presence and
13  then Retalliated on Plaintiff for the filing of the instant
14  compliant through out the Appeal system at solano state
15  Prison. The Opening of Plaintiff's incoming, outgoing
16  legal mail, and Retalidtion on him for this complaint
17  caused him to suffer with injurious effects to him and
18  his Postconviction Appeal to the State Superior court based
19  on suppressed exculpatory evidence from Plaintiff during
20  his 1995 trial and conviction for Second degree murder
21  that creates a Reasonable probability of a different outcome
22  under exculpator and impenchment evidence doctrine. (SEE EXh. "I").

23  IV.    Relief.

24      Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  Plaintiff request declartory, compensatory, punative damages
27  and injunctive and relief and All court and Attorney fees to
28  be determined by trial by jury against defendant "A. ALLEN."

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _6th_ day of _MAY_ , 20 _08_

_Kai Watt_

(Plaintiff's signature)

COMPLAINT                          - 4 -

VERIFICATION OF KEVIN LAVELLE WALTON;


I, KEVIN LAVELLE WALTON, Verifies that all Statements
and information contained within Sections I through IV
are true to the best of his Knowledge.


I declare under the penalty of perjury that the
foregoing is true and correct.

DATED: MAY 6, 2008;                    BY: Ke Wa

                                       KEVIN LAVELLE WALTON
                                       DECLARANT
                                       IN PRO-SE

EX N JB IT  "I"

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. _CSP-S_
2. _____

Log No.
1. _07-01104_
2. _____

Category
_3_
mailroom

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| WALTON, KEVIN | J-83251 | A.M. PORTER | 19/110 UPPER |

A. Describe Problem: ON APRIL 9, 2007, INMATE WALTON (HEREAFTER "PLAINTIFF") WAS DENIED HIS STATE AND FEDERAL CONSTITUTIONAL RIGHTS TO DUE PROCESS AND EQUAL PROTECTION OF THE LAW AS ALL OTHER INMATES SIMILARLY SUITED TO HIS SITUATION WHEN THE MAIL ROOM AUTHORITIES ALL INVOLVED OPENED HIS CONFIDENTIAL LEGAL MAIL ADDRESSED TO HIM FROM THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES. THEREFORE BREACHS, THE CONFIDENTIALTY OF HIS ONGOING APPEAL TO THE COURT IS IN VIOLATING THE UNITED STATES CONSTITUTION UNDER

If you need more space, attach one additional sheet.          (SEE ATTACHED PAGE (2))

B. Action Requested: THAT THIS MAIL-ROOM EXCEPT RESPONSIBILITY FOR PLAINTIFF'S CONFIDEN-TIALITY WITH THE SUPERIOR COURT UPON HIS APPEAL IN BREACHING THAT RIGHT, EXCEPT RESPONSIBILICY FOR ANY AND ALL ADVERSE AFFECTS THEIR INADEQUATE, UNPROFESSIONAL; AND UNFUNDAMENT ACTIONS HAS HAD ON HIS APPEAL TO THE COURT

Inmate/Parolee Signature: _K— W—_                    Date Submitted: _4-9-2007_

C. INFORMAL LEVEL (Date Received: _4-10-07_)

Staff Response: Appeal Mail Room Staff has been trained Mail was open in error.

Staff Signature: _A. Allen, OSSI_                    Date Returned to Inmate: _4/10/07_

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

PLAINTIFF IS DISSATISFIED WITH THE INFORMAL LEVEL OF REVIEW RESPONSE AND THEREBY REALLEGES ALL THE CONTENTIONS AND REQUESTS HE REQUESTED TO THE FORMAL LEVEL OF REVIEW BECAUSE THE MAIL ROOM STAFF ALL INVOLVED AND RESPONSIBLE FAILED TO ADDRESS THE CLAIMS ON THEIR MERITS AND (SEE ATTACHED (PAG. 3)

Signature: _Kevin W——_                    Date Submitted: _4-10-07_

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

APR 1 2 2007

Appeals

First Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __4/12/07__ Due Date: __5/24/07__

Interviewed by: _____

_See attached Response_

Staff Signature: _____ Title: _Sgt_ Date Completed: _5-16-07_

Division Head Approved:

Signature: _____ Title: _ADU_ Returned MAY 22 2007 to Inmate:

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

ALTHOUGH THE FIRST LEVEL REVIEW PARTIALLY GRANTED THE ACTION REQUESTED WITHIN THE INSTANT COMPLAINT, PLAINTIFF THEREBY IS DISSATISFIED WITH THAT ADJUDICATION AND THEREFORE APPEALS TO THE SECOND LEVEL OF REVIEW AND REALLEGES ALL GROUNDS AND CONTENTIONS AND ACTIONS REQUESTED (SEE ADDITIONAL PAGE 4)

Signature: _Ken Wade_ Date Submitted: _5-24-07_

Second Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: __5/29/7__ Due Date: __6/26/7__

☑ See Attached Letter

Signature: _S. Lumantel, CCII_ Date Completed: _6-21-07_ JUN 26 2007

Warden/Superintendent Signature: _DK Sisto_ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

PLAINTIFF IS DISSATISFIED WITH THE SECOND LEVEL'S REVIEWER'S DECISION BECAUSE IT FAILS TO ADDRESS THE CLAIMS ON THEIR MERITS AND FAILS TO EXCEPT ANY AND ALL ADVERSE AFFECTS ON HIS APPEAL FROM THE SUPERIOR COURT FOR THEIR ACTIONS AND TO AWARD DAMAGES FOR THEIR ACTIONS AND APPELLANT THEREBY REALLEGES ALL CLAIMS TO THE DIRECTOR'S LEVEL OF REVIEW AND THEREBY AMENDS THE COMPLAINT TO REFLECT (SEE ADDITIONAL PAGES 5,6)

Signature: _Ken Wade_ Date Submitted: _JUNE 27, 2007_

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

602 COMPLAINT CONTINUES

ON APRIL 9, 2007, within YARD FOUR DINING HALL # 8, CORRECTIONAL OFFICER "E. STORBO" DELIVERED TO PLAINTIFF A ENVELOPE ADDRESSED TO HIM FROM THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES THAT WAS OPENED OUT OF PLAINTIFF'S PRESENTS.

PLAINTIFF ASKED "C/O STORBO" WHY IS THE LEGAL OPENED OUT SIDE OF HIS PRESENCE AND "C/O STORBO" REPLIED HE DOD'T KNOW WHY IT WAS OPENED BY THE MAIL ROOM. PLAINTIFF WAS NOT NOTIFIED THAT THE MAIL ROOM AUTHORITIES INVOLVED WOULD BREACH THE CONFIDENTIALITY OF HIS CORRESPONDENCE WITH THE SUPERIOR COURT UPON HIS APPEAL NOR DID THEY ALLOW HIM TO BE PRESENT WHEN THEY OPENED THE LEGAL MAIL. PLAINTIFF HAS NO WAY OF KNOWING THE CONTENT OF WHAT THE SUPERIOR COURT CONFIDENTIALLY MAILED HIM OR WHETHER HE RECEIVED ALL LEGAL DOCUMENTS THE SUPERIOR COURT MAIL HIM IN RELATIONS TO HIS APPEAL. BECAUSE PLAINTIFF HAS NO WAY OF VARIFYING ALL THE LEGAL DOCUMENTS THAT THE COURT MAY WELL HAVE CONFIDENTIALLY MAIL HIM, THIS MAIL-ROOM STAFF AUTHORITIES ALL IN VOLVED VIOLATED HIS CONSTITUTIONAL RIGHTS AS ALL OTHER INMATES SIMILARLY SUITED TO HIS SITUATION. (SEE TITLE 15, SECTION

3144; BOUNDS V. SMITH, 430 U.S. 817 (1977).) THE MAIL ROOM FAILED TO PROVIDE THE LEGALLY NECESSARY ADEQUATE, PROFESSIONAL, AND PROPER IN COMING LEGAL MAIL PROCEDURE THAT DOES NOT VIOLATE FUNDAMENTAL RIGHTS.

DATED: 4 / 9 / 07

BY: Kevin W

KEVIN L. WALTON, PLAINTIFF

(2)

602 COMPLAINT CONTINUES TO FORMAL LEVEL:

TO EXCEPT RESPONSIBILITY FOR THERE BREACHING THE CONFIDENTIALITY PLAINTIFF CONSTITUTIONALLY HAS WITH THE SUPERIOR COURT UPON HIS APPEAL TO THAT COURT AND FAILED TO EXCEPT RESPONSIBILITY FOR ANY AND ALL ADVERSE AFFECTS THERE INADEQUATE, UNPROFESSIONAL, AND UN FUNDAMENTAL ACTIONS MAY-WELL HAS HAD ON HIS APPEAL TO THE COURT. ALSO THE MAIL-ROOM STAFF ALL INVOLVED FAILED TO MAKE MENTION OF ANY RULE THAT THEY CLAIMS EXCEPTS PLAINTIFF FROM ANY OF THE ALLEGATIONS AND REQUESTED ACTIONS HE CLAIMED VIOLATED.

PLAINTIFF HAS NO WAY OF KNOWING WHAT THE COURT MAILED HIM INSIDE THE LEGAL MAIL ADDRESSED TO HIM FROM THE SUPERIOR COURT, SENSE THE MAIL ROOM OPENED THE CONFIDENTIAL MAIL OUT SIDE OF HIS PRESSENCE. PLAINTIFF HAS NO WAY OF KNOWING WHETHER THE SUPERIOR COURT ORDERED HIM TO DO SOMETHING AND WHETHER THERE IS A DEAD-LINE TO RESPOND OR NOT. ON THESE BASIS THE MAIL ROOM HAS FAILED TO EXCEPT RESPONSIBILITY FOR THERE ACTIONS THAT BREACHED THE CONFIDENTIALIT UPON HIS APPEAL AND HAS FAILED TO EXCEPT RESPONSIBILITY FOR THERE ACTIONS THAT MAY WELL HAS CAUSED HIS APPEAL IRREPARABL INJURY. THIS COMPLAINT IS THEREFORE BEING PROCESSED TO THE FORMAL LEVEL OF REVIEW, TO BE LOG WITH A LOG NUMBER AND REQUEST THAT THE COMPLAINT BE ADDRESSED ON IT'S MERITS AND THAT THE MAIL ROOM STAFF ALL INVOLVED EXCEPT RESPONSIBILITY FOR THERE ACTIONS IN BREACHING CONFIDENTIALITY UPON HIS APPEAL TO THE COURT AND TO EXCEPT ANY AND ALL ADVERSE AFFECTS THERE ACTIONS IN INADEQUATELY, UNPROFESSIONALLY, AND UNFUNDAMENTALLY OPENING HIS LEGAL MAIL OUT SIDE OF HIS PRESSENCE, AND TO QUATE ANY RULE THAT EXCEPTS PLAINTIFF FROM HIS CONFIDENTIALITY WITH THE SUPERIOR COURT WHILE OF APPEAL, SO HE CAN ADEQUATEL APPEAL THAT CLAIMED EXCEPTION FROM HIS FUNDAMENTAL RIGHTS.

DATED: APRIL 10, 2007;      BY: Ke Wa

                                    KEVIN L. WALTON, PLAINTIFF

(3)

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date    :  May 16, 2007

To      :  Inmate Walton
           J-83251
           19-110U

From    :  **California State Prison—Solano, Vacaville 95696 - 4000**

Subject :  **RESPONSE TO APPEAL LOG #CSP-S-07-01104**

This is in response to your First Level Appeal dated April 9, 2007. In your appeal, you stated that you received legal mail from the Superior Court of Los Angeles. You also stated that you were called out of your housing unit for legal mail and when you arrived to sign for it, it had already been opened. You claim that the confidentiality of the legal process had been breached. You request that the mailroom accept responsibility for opening your legal mail.

On May 04, 2007, Correctional Sergeant M. Bradley interviewed you via the institutional telephone and provided you the opportunity to fully explain your appeal and provide any supporting information or documentation.

A review of your appeal was conducted which included staff interviews, your CDC 602 appeal, and the California Code of Regulations Title 15.

The results of the review revealed that mailroom staff acted appropriately in the performance of their duties. Inmate Walton, Sgt. Bradley tried to explain to you that the mailroom did in fact made a mistake by opening this piece of mail inadvertently. He explained that the mailroom processes a large volume of mail and if the legal mail is not clearly labeled, it could be mistakenly opened. In the conversation with Sgt. Bradley, you ask for his assurance that there was nothing missing from your article of mail. Sgt. Bradley explained to you that if the mail was opened by staff, they have been trained to ensure all contents are replaced, envelopes are resealed, and identify as "opened in error." Inmate Walton, the CSP-Solano mailroom took responsibility of opening this piece of mail. If you are concerned about anything missing from your legal mail you may write the court and have them resend the information, without this information you cannot substantiate that any contents are missing.

Based on the aforementioned, your appeal is **partially granted,** the mailroom accepts responsibility for accidentally opening your article of legal mail.

W.D. BRUMFIELD
Associate Warden
Central Services

"602 COMPLAINT CONTINUES TO SECOND LEVEL OF REVIEW:

THEREIN AND REQUEST THAT THE COMPLAINT BE ADDRESSED ON IT'S MERITS IN COMPLIANCE WITH CONTROLLING AND APPLICABLE GOVERNING LAWS AND PRINCIPLES AND TO FULLY GRANT THE COMPLAINT WITHIN IT'S ENTIRETY UPON ALL ACTIONS REQUESTED WITHIN SECTION "B" OF THE INSTANT COMPLAINT.

ADDITIONALLY, PLAINTIFF AMENDS THE INSTANT COMPLAINT TO INCLUDE REQUEST FOR DAMAGES TO BE AWARDED FOR THIS MAIL-ROOM VIOLATING HIS CONSTITUTIONAL RIGHT TO CORRESPOND CONFIDENTIALLY WITH THE COURT AND TO EXCEPT RESPONSIBILITY FULLY FOR THEIR ERROR.

THE FIRST LEVEL REVIEWER FAILS TO MAKE MENTION OF WHAT SECTION OF THE CALIFORNIA CODE OF REGULATIONS HE BASED HIS DECISION AND FAILS TO ADDRESS THIS COMPLAINT ADEQUATELY FOR PLAINTIFF'S LIBERTIES INTEREST ON APPEAL TO THE COURT. IT IS NOT THE POLICY OF THE COURT TO RESEND LEGAL DOCUMENTS IT'S CLERK HAS ALREADY FURNISHED TO THE DEFENDANT, UNLESS THE PETITIONER PAY THE FEES FOR SUCH A REQUEST. THEREFORE PLAINTIFF REQUEST THAT HE BE PROVIDED THE APPROPRIATE FEES AMOUNT TO PURCHASE FROM THE CLERK OF THE COURT A TRUE COPY OF THE DOCUMENTS MAILED TO HIM ON THE DATE THE LEGAL IN QUESTION WAS DELIVERED OPENED.

DATED: MAY 24, 2007;          BY: Ken Watt

(4)

- State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    June 21, 2007

To:    K. Walton, J-83251              19-110U
       California State Prison-Solano

       •

Subject: SECOND LEVEL APPEAL RESPONSE
              LOG NO.:    SOL 07-01104

ISSUE:

It is your appeal position that on April 9, 2007, your incoming legal was opened by
mailroom staff. You contend that the legal mail was addressed from the Superior
Court of California County of Los Angeles. You contend that staff violated your
rights under the United States Constitution.

You request mailroom staff accept responsibility for all adverse affects of breaching
your confidentiality with the Los Angeles Superior Court.

INTERVIEWED BY: M. Bradley, Correctional Sergeant, at the First Level of Review.

REGULATIONS: The rules governing this issue are:

**California Code of Regulations, Title 15, Section (CCR) 3160. Inmate
Access to Courts.**
       (a) Inmate access to the courts shall not be obstructed....

**CCR 3143. Processing Incoming Confidential Mail.**
       Incoming letters bearing the name or title and a return address
of persons and the office of persons listed in Section 3141 will be
processed as confidential correspondence. This includes franked mail
from governmental officials listed in Section 3141. A notice or request
for confidentiality is not required on the envelope. Such incoming
confidential mail will not be read by any staff member before or at the
time the letter is delivered to the inmate, except as described in
Sections 3138 and 3144(a). Incoming correspondence bearing only a
department or agency return address without any reference to the
name or title of the officials or persons listed in Section 3141 will be
processed    by    designated    employees    as    nonconfidential
correspondence.

**CCR 3144. Inspection of Confidential Mail**
       To determine the possible presence of contraband all incoming
confidential mail will be inspected prior to delivery to an inmate.
Confidential mail will be opened and inspected for contraband only
and only in the presence of the inmate addressee. Inspecting
correctional officials will not read any of the contents of the

WALTON, J-83251
CASE NO. 07-01104
PAGE 2

> confidential mail. Outgoing confidential mail may be inspected, with or
> without opening the mail for cause only.

<u>DISCUSSION:</u>

On April 10, 2007, your appeal issue was reviewed at the Informal Level and it was
determined that your legal mail had been opened in error.  You were advised that
mailroom staff was trained regarding proper legal mail processing procedures.

On April 10, 2007, you indicate dissatisfaction because staff failed to address the
claims on their merits.  You add that staff failed to accept responsibility for their
actions.   You also add that you have no idea what actions the Superior Court
wanted from you because of the breach of confidentiality.

On May 16, 2007, you requested action was partially granted at the First Level of
review.    You were informed that mailroom staff took responsibility for the
inadvertently opened legal mail.  It is noted that you failed to provide sufficient
evidence that you are missing any documents from the Court.

On May 24, 2007, you request Second Level of review.  You state that although
the appeal was partially granted at the First Level staff failed again to address the
complaint on its merits.   You add an additional request for "damages to be
awarded" for mailroom violations.  You also amended this complaint to include a
request that this Facility pay court fees to purchase true copies of documents from
the Superior Court.

<u>DECISION:</u> The appeal is **partially granted.**

Your request that the mailroom accept  adverse affects of breaching your
confidentiality with the Los Angeles Superior Court is **partially granted.**  The Second
Level concurs with the First Level response, in that the mailroom has taken
responsibility for the inadvertent opening of your legal mail. Your issues have been
addressed on their merits.  Your contention regarding the inadvertent opening of
your legal mail by mailroom staff has been addressed.  Your contention regarding
acceptance of responsibility for staff actions has been addressed.  Your contention
regarding acceptance of adverse legal affects regarding this matter can not be
addressed in this appeal response, as this is a legal matter which can not be
addressed at the institutional level. However, as previously stated you have failed to
provide any compelling evidence that you have suffered adverse affects from the
inadvertently opened legal mail.   Your amended request for "*damages to be
awarded*" and court fee payments can not be addressed in this response, as the
departmental appeals process is not the correct venue for this request.

You are advised that this issue may be submitted for a Director's Level of Review.

D. K. SISTO
Warden

THE MAY 30, 2007, OPENING OF PLAINTIFF'S LEGAL MAIL BY MAIL ROOM STAFF ADDRESSED TO HIM FROM SUPERIOR COURT THAT HAD LEGAL DOCUMENTS THAT WAS ATTACHED NOT INCLUDED WITHIN. (SEE MAY 30, 2007 LEGAL MAIL SIGNING SHEET THAT WAS DELIVERED BY CORRECTIONAL OFFICER "J. CLAYTON ALSO AMENDED IS THE SUPERIORS ADVERSE RULINGS AND THEIR REASONS FOR DENYING THE APPEAL AS REPETITIOUS DUE TO THIS SOLANO'S MAIL ROOM STAFF ALL INVOLVED ACTIONS THAT OCCURRED SUBSEQUENT TO APRIL 9, 2007 REASON FOR FILING THIS COMPLAINT WAS PENDING AT THE SECOND LEVEL OF REVIEW AND THEIR FOR PLAINTIFF REALLEGES ALL CONTENTIONS ALLEGED FROM APRIL 9, 2007 FILING THROUGH THIS DIRECTORS LEVEL OF REVIEW. AND REQUEST THAT THE SOLANO MAIL ROOM STAFF BE HELD RESPONSIBLE FOR THEIR ACTIONS THAT CAUSED PLAINTIFF THESE EXTRAORDINARY CIRCUMSTANCES OUT OF HIS CONTROL AND ACCESS AND IMPEDENTS ON HIS CRIMINAL APPEAL FOR THE STATE COURTS CONSIDERATION ON THAT APPEAL ON REDRESS. FURTHER THAT DAMAGES BE AWARDED FOR THEIR ACTIONS THAT HAS CAUSED HIM TO SUFFER MENTALLY AND FOR THE INJURIOUS AFFECT UPON HIS CRIMINAL APPEAL. (SEE EXHITS "A," "B," "C", "D," "E", "F,", "G", "H", AND "I" ATTACHED HEREON IN SUPPORT).

    TO HELP THIS COMMISSION UNDERSTAND THESE CIRCUMSTANCES AS THE OCCURRED PLAINTIFF PRESENTS THE FOLLOWING INFORMATION AND EXHIBITS TO SUPPORT THESE CLAIMS HEREIN:

    ON NOVEMBER 25, 2006, PLAINTIFF AFTER CORRECTIONAL OFFICER WHERE HE IS HOUSED INSPECTED DATED AND SIGNED THE ENVELOPE THAT CONTAINED PLAINTIFF PETITION FOR WRIT OF HABEAS CORPUS ADDRESSED TO THE SUPERIOR COURT. (SEE EXHIT "A"). EXHIBIT "A" IS THE PROOF OF SERVICE PAGE COPY THAT WAS ATTACHED TO THAT PETITION.

    ON NOVEMBER 27, 2007, SOLANO MAIL ROOM FORWARDED THE DOCUMENT TO THE SUPERIOR COURT. (SEE EXHIBIT "B"). PLAINTIFF DID NOT HEAR ANYTHING FROM THE SUPERIOR COURT IN RELATION TO THAT PETITION SO ON MAY 2007, PLAINTIFF HAD CORRECTIONAL OFFICER INSPECT THE ENVELOPE THAT CONTAINED A MOTION CAPTIONED NOTICE OF MOTION AND MOTION FOR STATUS OF PETITION FOR WRIT OF HABEAS CORPUS FILED TO THE COURT. (SEE EXHIBIT "C"). ON APRIL 9, 2007, PLAINTIFF RECEIVED FROM OFFICER HANDLING LEGAL MAIL FROM SUPERIOR COURT THE COURT'S MINUTE ORDER IN RESPONSE TO THE STATUS

-5-

REQUEST. (SEE EXHIBIT "D"). THE MINUTE ORDER IS DATED FOR APRIL 03, 2007, BUT IS A COPY OF A MOTION CAPTIONED DISCOVERY PURSUANT TO PENAL CODE SECTION 1054.9 PLAINTIFF HAD MAILED TO COURT THAT WAS REJECTED ON MARCH 21, 2006. (SEE EXHIBIT "D"). THIS MOTION FOR DISCOVERY WAS NOT THE PETITION FOR HABEAS CORPUS. SO PLAINTIFF MAILED TO THE COURT HIS MOTION FOR RULING UPON HIS PETITION MAILED TO THE COURT NOVEMBER 25, 2006, THAT WAS WELL OVER THE 60 DAYS LIMITATION TO RESPOND THEREON. (SEE EXHIBIT "E"). EXHIBIT "E" IS A COPY OF THE PROOF OF SERVICE BY MAIL PAGE ATTACHED THEREON THE MOTION FOR RULING. THE SUPERIOR COURT RESPONDED TO PLAINTIFF BY DEEMING THE COPY OF THE ~~PET~~ NOVEMBER 25, 200 PETITION ATTACHED TO THAT MOTION FOR RULING AS A EXHIBIT AS A COURT RULE, AS THE PETITION AND FILED IT. THE COURT DID NOT MENTION THE ~~PET~~ MOTION FOR RULING WHICH MEANS IT DID NOT RECEIVED THAT MOTION THE PETITION WAS ATTACHED TO AS EXHIBIT. (SEE EXHIBIT "E"). PLAINTIFF THEN FILED HIS MOTIONE CAPTIONED MOTION OF OBJECTION CONCURRENTLY WITH REQUEST FOR DISCHARG FROM CUSTODY, BECAUSE THEY LOSS JURISDICTION TO RESPOND WITHIN THE 60 DAYS LIMITATION. (SEE EXHIBIT "F"), EXHIBIT "F" IS THE PROOF OF SERVICE BY MAIL PAGE ATTACHED TO THE MOTION OF OBJECTION). ON MAY 30, 2007, ~~THE SUPERIOR~~ PLAINTIFF RECESEVED FROM CORRECTIONAL OFFICER "J. CLAYTON" LEGAL ADDRESSED TO HIM FROM THE SUPERIOR COURT OPENED OUT OF HIS PRESSENCED THAT CONTAINED A RULING FROM THE SUPERIOR COURT DATED THAT DENIED THE APPEAL AS REPETITIOUS. (SEE EXHIBIT "G"). SOON AFTER PLAINTIFF RECESEVED ~~SEVERAL~~ SEVERAL OTHER DENIALS FROM THE SUPERIOR COURT FOR THE SAME APPEAL. ~~PET~~ (SEE EXHIBIT "H" PAGES 1-5     ). PLAINTIFF HAD ONLY MAILED THE COURT BACK IN NOVEMBER 2006, HIS PETITION SO HE DID NOT FILE THE PETITIONS THE COURT WAS RULING ON. SO (SEE EXHIBIT: PLAINTIFF WROTE THE MAIL ROOM FOR COPY OF ALL OUTGOING LEGAL MAIL FROM NOVEMBER 2006, TO DATE. THE MAIL ROOM IN A ATTEMPT TO COVER-UP IT'S ACTIONS IN OPENING HIS OUT GOING LEGAL MAIL AND TAKING THE MOTION CAPTIONED REQUEST FOR RULING AND OBJECTION AND MAILING ONLY THE COPY ATTAINED OF THE NOVEMBER 2006 PETITION. THIS IS TRUE BECAUSE THE COURT DEEMED THEM AS PETITIONS. AND FURTHER WHO MAILED THE COURT THOSE DOCUMENTS SINCE MAIL ROOM CLAIMS NO LEGAL MAIL SINCE OCTOBER 2006 WAS MAIL OUT TO THE COURTS.? THESE GROUNDS ARE CLEAR THEY SHOULD BE GRANTED ENTIRELY FOR THE COURT CONSIDERATION.

DATED: JUNE 27, 2007.        17     - 6 -            K___ ___        9

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date:     **OCT 0 3** 2007

In re:    Kevin Walton, J83251
California State Prison, Solano
P.O. Box 4000
Vacaville, CA 95696-4000

IAB Case No.: 0700946          Local Log No.: SOL-07-01104

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner A. F. Caton, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I      APPELLANT'S ARGUMENT:** It is the appellant's position that Mailroom staff at California State Prison - Solano (SOL) mishandled confidential correspondence he received from the superior court. The appellant states that he received his legal mail from Correctional Officer (CO) Storbo and it was opened. He states that CO Storbo indicated he did not know why the mail had been opened. The appellant contends that his legal mail was not opened in his presence and he has no way of knowing whether or not he received all documents the court sent to him. The appellant requests for the Mailroom staff to accept responsibility for any and all adverse effects the breach of his confidential correspondence has on his appeal to the court.

**II     SECOND LEVEL'S DECISION:** The reviewer found that Mailroom staff opened the appellant's legal mail in error and training has been provided to prevent reoccurrence. Institution appeal reviewers accepted responsibility for inadvertently opening the appellant's legal mail and recommended that he write to the clerk of the court to find out if any legal document is missing and to request the clerk mail him a true copy of any missing document. The Second Level of Review (SLR) indicated that the institution is unable to address his request for the institution to accept responsibility for any adverse effect in his appeal attributed to the missing legal documents. The SLR contends that the appellant has not provided evidence that he suffered any adverse effect attributed to the opening of his mail.

**III    DIRECTOR'S LEVEL DECISION:** Appeal is denied.

    **A.    FINDINGS:** California Code of Regulations, Title 15, Section (CCR) 3144 specifies in relevant part that "Confidential mail will be opened and inspected for contraband only and only in the presence of the inmate addressee." The institution appeal reviewers at all levels accepted responsibility for inadvertently opening the appellant's legal mail.

    The Director's Level of Review (DLR) notes that the appellant established that staff inappropriately opened his confidential mail before delivering it to him; however, there is no way of reversing that mistake in particular when the appellant has not demonstrated any material adverse effect to his welfare. The DLR concurs with the institution's response and expects that staff who mishandled the appellant's confidential mail will receive training to prevent similar mistakes in the future. The request for compensatory damages is denied because that request is not within the scope of the inmate appeals process. There is no need for relief at the DLR.

    **B.    BASIS FOR THE DECISION:**
CCR: 3004, 3144

    **C.    ORDER:** No changes or modifications are required by the Institution.

KEVIN WALTON, J83251
CASE NO. 0700946
PAGE 2


This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, SOL
       Appeals Coordinator, SOL

—— $EXHIBIT$  "A"  ——

1

# PROOF OF SERVICE BY MAIL

2

## BY PRISONER "IN PRO PER"

3

4    I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that

5    I am a prison inmate.

6    My prison address is:        California State Prison - Solano
                                    Housing: _19; 110 UPPER_
7                                   P.O. Box 4000
                                    Vacaville, California 95696-4000
8

9    On the "*date*" specified below, I served the following document(s) on the parties listed below by

10   delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to

11   the "Prison Mailbox Rule":

12   Case Name: _KEVIN LAVELLE WALTON_        Case #: _0|898|_

13   Document(s) Served: _PETITION FOR WRIT OF HABEAS CORPUS_

14

15

16   The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form

17   attached pursuant to prison regulations, was/were addressed as follows:

18   CLERK OF THE

19   SUPERIOR COURT OF              DEPARTMENT OF JUSTICE
     COUNTY OF LOS ANGELES          ATTORNEY GENERAL'S OFFICE
20   210 W. TEMPLE STREET           300 S. SPRING STREET
     LOS ANGELES, CALIF. 90221      LOS ANGELES, CALIF. 90013
21

22

23

24   I declare under penalty of perjury that the foregoing is true and correct. This declaration was

25   executed on __1| |25/06_____, in Vacaville, California.

26              _"date"_

27

28              Signature: _Ken Walts_

                Printed Name: _KEVIN LAVELLE WALTON; DECLARANT_

EXHIBIT "B"

Query1

| DATE | A | CDC | ADRESSEE |
|---|---|---|---|
| 11/27/2006 | WALTON | J83251 | DEPT. OF JUSTICE, ATTY. GEN. OFFICE, L.A. CA. 90013 |
| 11/27/2006 | WALTON | J83251 | CLERK, SUPERIOR CRT. L.A. CA. 90021 |
| 3/19/2007 | WALTON | J83251 | SUPERIOR COURT LOS ANGELES COUNTY 210 W. TEMPLE STREET LOS AGNELES, CA 90012 |

4/12/2007

EXHIBIT "c"

## PROOF OF SERVICE BY MAIL

### BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:    California State Prison - Solano
Housing: _19 - 110 UPPER_
P.O. Box 4000
Vacaville, California 95696-4000

On the "*date*" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: _KEVIN LAVELLE WALTON_          Case #: _01898l_

Document(s) Served: _PETITIONER'S NOTICE OF MOTION AND MOTION_

_FOR STATUS OF HIS PENDING PETITION TO THIS COURT_

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

_CLERK OF_
_THE SUPERIOR COURT_
_LOS ANGELES COUNTY_
_210 W. TEMPLE ST._
_LOS ANGELES, CALIF. 90013_

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on _3/14/07_____, in Vacaville, California.
                          "*date*"

Signature: _K~ WLW_

Printed Name: _KEVIN LAVELLE WALTON_

EXHIBIT "D"

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 04/03/07

--------------------------------------------------------------------------
CASE NO. NA018981

THE PEOPLE OF THE STATE OF CALIFORNIA
                    VS.
DEFENDANT 01:  KEVIN LAVELLE WALTON

--------------------------------------------------------------------------

INFORMATION FILED ON 11/04/94.

COUNT 01: 187(A) PC FEL  - MURDER.


ON 03/21/06 AT  830 AM  IN SOUTH DISTRICT DEPT SOJ

CASE CALLED FOR MOTION

PARTIES: RICHARD W. LYMAN, JR. (JUDGE)  EDWARD ARIAS  (CLERK)
         NONE        (REP)  NONE  (DDA)

PURSUANT TO DEFENDANT'S WRITTEN REQUEST, AND NOT REPRESENTED BY COUNSEL

DEFENDANT'S MOTION FOR POST CONVICTION DISCOVERY PURSUANT TO
PENAL CODE SECTION 1054.9 READ AND CONSIDERED BY THE COURT.

MOTION IS DENIED.

A COPY OF THIS MINUTE ORDER IS MAILED TO:


KEVIN L. WALTON, J83251
CSP - SOLANO
P.O.BOX 4000
VACAVILLE, CA.  95696-4000



NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

EXHIBIT "E"

1

# PROOF OF SERVICE BY MAIL

2

## BY PRISONER "IN PRO PER"

3

4     I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that

5 I am a prison inmate.

6     My prison address is:     California State Prison - Solano

Housing: _19 - 110 UPPER_

7     P.O. Box 4000

Vacaville, California 95696-4000

8

9     On the "*date*" specified below, I served the following document(s) on the parties listed below by

10 delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to

11 the "Prison Mailbox Rule":

12     Case Name: _KEUJN LAVELLE WALTON_     Case #: _NA018981_

13     Document(s) Served: _PETITIONER'S NOTICE OF MOTION AND MOTION REQUESTING_

14 _FOR RULING UPON PETITION FOR WRIT OF HABEAS CORPUS MAILED TO THE_

15 _COURT; ACCOMPANIED WITH DECLARATION OF KEVIN LAVELLE WALTON AND EXHIBITS_

16 _"A" "B" AND PROOF OF SERVICE BY MAIL ATTACHED THEREON._

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form

17 attached pursuant to prison regulations, was/were addressed as follows:

18

19 _CLERK OF_

_SUPERIOR COURT OF THE STATE OF CALIFORNIA_        _DEPARTMENT OF JUSTICE_

20 _COUNTY OF LOS ANGELES_          _ATTORNEY GENERAL'S OFFICE_

21 _210 WEST TEMPLE STREET_          _300 SOUTH SPRING STREET_

_LOS ANGELES, CALIF. 9NARR - L_      _LOS ANGELES, CALIF. 90013_

22                 _90012_

23

24     I declare under penalty of perjury that the foregoing is true and correct. This declaration was

25 executed on _APRIL 18, 2007_ , in Vacaville, California.

26             "*date*"

27

28             Signature: _Ke— Wahr_

            Printed Name: _KEVIN LAVELLE WALTON, DECLARANT_

                    _IN "PRO-SE"_

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 05/07/07

-------------------------------------------------------------------------
CASE NO. NA018981

THE PEOPLE OF THE STATE OF CALIFORNIA
                            VS.
DEFENDANT 01: KEVIN LAVELLE WALTON

-------------------------------------------------------------------------

INFORMATION FILED ON 11/04/94.

COUNT 01: 187(A) PC FEL  - MURDER.

ON 05/02/07 AT  830 AM  IN SOUTH DISTRICT DEPT CLK

CASE CALLED FOR HABEAS CORPUS PETITION

PARTIES: STEVEN R. VANSICKLEN (JUDGE)  JOSEPH PULIDO  (CLERK)
         NONE      (REP)  NONE  (DDA)

DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

                    DEPARTMENT 100

                 {NO LEGAL FILE}

            ORDER RE: WRIT OF HABEAS CORPUS

THE COURT HAS READ AND CONSIDERED THE PETITION FOR A WRIT OF
HABEAS CORPUS RECEIVED ON APRIL 6, 2007.

THE ATTACHED WRIT PETITION POSSES A SENTENCING ISSUE IN A CASE
PREVIOUSLY ASSIGNED IN A DEPARTMENT IN THE SOUTH  DISTRICT.   THE
PETITION IS TRANSFERRED TO THE HONORABLE MARK C. KIM,
SUPERVISING JUDGE, FOR REASSIGNMENT/ADJUDICATION.
{SUPERIOR COURT L.A. COUNTY, LOCAL RULES, RULE 6.32(A)/6.32(B)}

TIME FOR AN INITIAL RULING IS EXTENDED TO JULY 30, 2007 IN ORDER
TO ACCOMMODATE THE TRANSFER OF THIS PETITION. (CAL. RULES OF
COURT, RULE 4.551(H))

THE CLERK IS DIRECTED TO (1) FORWARD THE PETITION AND NOTICE OF
THIS ORDER TO DEPARTMENT SOUTH-J; AND (2) GIVE NOTICE TO ALL

                                    HABEAS CORPUS PETITION
                   PAGE NO.   1     HEARING DATE: 05/02/07

CASE NO. NA018981
DEF NO.  01                                    DATE PRINTED 05/07/07

PARTIES.

THE PETITION AND ORDER ARE SENT TO DEPARTMENT J, LONG BEACH
SUPERIOR COURTHOUSE  VIA COUNTY/COURT MESSENGER AND A TRUE COPY
OF THIS MINUTE ORDER IS SENT TO THE PETITIONER VIA U.S. MAIL AS
FOLLOWS:

KEVIN LAVELLE WALTON
J-83251
CALIFORNIA STATE PRISON, SOLANO
P.O. BOX 4000
VACAVILLE, CA 95696-4000

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED


05/07/07


I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC MINUTE
ORDER  ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.

JOHN A. CLARKE , EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT,  COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA

BY _____ , DEPUTY

JOSEPH M. PULIDO, S.C.C.
233219

PAGE NO.   2          HABEAS CORPUS PETITION
                      HEARING DATE: 05/02/07

———— $EX\ H\ I\ B\ I\ T\ "F"$ ————

1

## PROOF OF SERVICE BY MAIL

2

### BY PRISONER "IN PRO PER"

3

4    I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that

5    I am a prison inmate.

6    My prison address is:         California State Prison - Solano

7                                  Housing: __19 -110 UPPER__
                                  P.O. Box 4000

8                                  Vacaville, California 95696-4000

9    On the "*date*" specified below, I served the following document(s) on the parties listed below by

10   delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to

11   the "Prison Mailbox Rule":

12   Case Name: __KEVSN  LAVELLE  WALTON__            Case #: __N AD/898/__

13   Document(s) Served: __MOTSON  Of  OBJECSIONS  CURRENTLY  WSTN  REQUEST__

14   __DSSCHARGE  FROM  CONVSCSSON__

15

16   The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form

17   attached pursuant to prison regulations, was/were addressed as follows:

18

19       CLERK OF

20       SUPERSOR COURT
         LOS ANGELES COUNTY

21

22

23

24   I declare under penalty of perjury that the foregoing is true and correct. This declaration was

25   executed on __MAY 16, 2007__              , in Vacaville, California.

26                    "*date*"

27

28                                  Signature: __K~ Wuel__

                                    Printed Name: __KEVSN  LAVELLE  WALTON, DECLARANT__
                                                        __IN  PRO-SE__

EXHIBIT "G"

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| KEVIN LAVELLE WALTON,<br>Petitioner | ) ) ) | Case No. NA018981 |
| vs. | ) ) | ORDER DENYING<br>WRIT OF |
| THE STATE OF CALIFORNIA,<br>Respondent | ) ) ) | HABEAS CORPUS |
| | ) | May 23, 2007 |

THE PETITION FOR WRIT OF HABEAS CORPUS received by the Court on
May 15, 2007 is DENIED for the following reasons:

1.    Petitioner failed to show a prima facie case for relief. (In re Crow (19711)
     4 Cal.3d 613, 624.) The burden is on petitioner to establish grounds for his
     release. (People v. Duvall (1995) 9 Cal.4th 464, 474.)

2.    Being based on the same facts and law as the prior application which was
     denied, the issues need not be reconsidered. (In re Bevill (1968) 68 Cal.2d
     854, 863, fn.9.)

3.    Petitioner has abused the Writ by filing piecemeal and repetitious claims.
     (In re Clark (1993) 5 Cal.4th 750, 767-769.)



**FILED**
LOS ANGELES SUPERIOR COURT

MAY 23 2007

JOHN A. CLARKE, CLERK

BY _____
        DEPUTY

JUDGE MARK C. KIM

EXHIBIT "H"

1

2

3

**FILED**

LOS ANGELES SUPERIOR COURT

4

5

JUN 0 1 2007

JOHN A. CLARKE, CLERK

6

BY L.R. BARRERAS, DEPUT'

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    COUNTY OF LOS ANGELES, SOUTH DISTRICT

10

CASE NO. *NA018981-01*

11 In re                                )   CASE NO. ~~NA041386~~

                                        )

12 KEVIN LAVELLE WALTON, Petitioner,     )   **ORDER DENYING**

                                        )   **WRIT OF HABEAS CORPUS**

13                On Habeas Corpus       )

14 _____)

15        The petition is denied for the following reasons:

16        Petitioner has failed to carry his burden of proof and provide

17 evidence in support of his allegations which are vague and

18 condusionary. [*In re Harris* (1993) 5 Cal.4th 813, 829; *People vs.*

19 *Dewall* (1995) 9 Cal.4th 464.]

20        Petitioner has failed to explain the delay in filing this

21 petition a*lmost 12 years after* his conviction. (Ibid.)

22 DATED : ~~May 30, 2007~~

23        6/1/07

24

                              JOAN COMPARET-CASSANI, JUDGE

25

26

27

28

1

1

2

3

4

5

6

7              **DECLARATION OF SERVICE BY MAIL**

8          The undersigned is over the age of eighteen, not a party to the within

9    action, whose business address is 415 West Ocean Boulevard, Long Beach,

10   California 90802, and on June 1, 2007, served the ORDER DENYING WRIT OF

11   HABEAS CORPUS in the within action, by placing a true copy thereof, enclosed

12   in separate sealed envelopes with the postage thereon fully prepaid, in the

13   United States mail at Long Beach, County of Los Angeles, State of

14   California, addressed as follows:

15   Kevin Lavelle Walton, J83251
     California State Prison, Solano
16   P.O. Box 4000
     Vacaville, California 95696-4000

17   Office of the District Attorney
     Long Beach Branch
18   415 W. Ocean Boulevard, Ste. 315
     Long Beach, California 90802
19

20       Executed on June 1, 2007, at Long Beach, California.

21       I declare under penalty of perjury that the foregoing is true and

22   correct.

23                                          _____
                                              RENEE Y. WALKER
24

25

26

27

28

                                   2

```
                        MINUTE ORDER
         SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 06/12/07

-------------------------------------------------------------------------
CASE NO. NA018981

THE PEOPLE OF THE STATE OF CALIFORNIA
                      VS.
DEFENDANT 01:  KEVIN LAVELLE WALTON

-------------------------------------------------------------------------

INFORMATION FILED ON 11/04/94.


COUNT 01: 187(A) PC FEL  - MURDER.



ON 06/05/07 AT  830 AM  IN SOUTH DISTRICT DEPT SOJ

CASE CALLED FOR HABEAS CORPUS PETITION

PARTIES: MARK C. KIM (JUDGE)  EMA ALVAREZ  (CLERK)
         NONE       (REP)  NONE  (DDA)

DEFENDANT IS NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

THE COURT IS IN RECEIPT OF A PETITION FOR WRIT OF HABEAS CORPUS.
THE COURT REVIEWS THE FILE AND THE PETITION.

THE PETITION FOR WRIT OF HABEAS CORPUS RECEIVED BY THE COURT ON
JUNE 5, 2007 IS DENIED FOR THE FOLLOWING REASONS:
1. PETITIONER FAILED TO SHOW A PRIMA FACIE CASE FOR RELIEF. (IN
RE CROW (19711) 4 CAL.3D 613,624.) THE BURDEN IS ON PETITIONER

TO ESTABLISH GROUNDS FOR HIS RELEASE. (PEOPLE V. DUVALL (1995)
9 CAL.4TH 464,474.).
2. BEING BASED ON THE SAME FACTS AND LAW AS THE PRIOR
APPLICATION WHICH WAS DENIED, THE ISSUES NEED NOT BE
RECONSIDERED. (IN RE BEVILL (1968) 68 CAL.2D 854,863, FN.9)
3. PETITIONER HAS ABUSED THE WRIT BY FILING PIECEMEAL AND
REPETITIOUS CLAIMS. (IN RE CLARK (1993) 5 CAL.4TH 750,767-769.)
SIGNED: JUDGE MARK C KIM.

A COPY OF THE PETITION, MINUTE ORDER AND DENIAL OF PETITION ARE
SENT VIA U.S. MAIL AS FOLLOWS:
KEVIN L. WALTON
C.S.P. SOLANO
POST OFFICE BOX 4000
VACAVILLE, CA 95696-4000




                              HABEAS CORPUS PETITION
             PAGE NO.    1    HEARING DATE: 06/05/07
```

CASE NO. NA018981
DEF NO.   01                                              DATE PRINTED 06/12/07

J-83251/19-110 UPPER

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED

HABEAS CORPUS PETITION
                                  HEARING DATE: 06/05/07

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| KEVIN LAVELLE WALTON,<br>Petitioner | ) ) ) | Case No. NA018981 |
| | ) | |
| vs. | ) ) | ORDER DENYING<br>WRIT OF |
| THE STATE OF CALIFORNIA,<br>Respondent | ) ) | HABEAS CORPUS |
| | ) | June 5, 2007 |

THE PETITION FOR WRIT OF HABEAS CORPUS signed by petitioner on
May 16, 2007 and received by the Court on May 25, 2007 is DENIED for the
following reasons:

1.    Petitioner failed to show a prima facie case for relief.  (In re Crow (19711)
      4 Cal.3d 613, 624.) The burden is on petitioner to establish grounds for his
      release.  (People v. Duvall (1995) 9 Cal.4th 464, 474.)

2.    Being based on the same facts and law as the prior application which was
      denied, the issues need not be reconsidered.  (In re Bevill (1968) 68 Cal.2d
      854, 863, fn.9.)

3.    Petitioner has abused the Writ by filing piecemeal and repetitious claims.
      (In re Clark (1993) 5 Cal.4th 750, 767-769.)



**FILED**
LOS ANGELES SUPERIOR COURT

JUN ⌐⌐⌐ 2007

JOHN A. CLARKE, CLERK

BY ————————— DEPUTY



JUDGE MARK C. KIM

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | | CDC NUMBER |
|---|---|---|---|---|
| June 8, 2007 | MAIL-ROOM | WALTON | | J-8325/ |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| 19 | 110 UPPER | 2ND WATCH PORTER | FROM 7:00 AM   TO 2:00 PM |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS |
|---|---|
| Ø | FROM        TO |

### Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

PLEASE PROVIDE ME WITH A COPY OF CDC 119 ALL INCOMING AND OUTGOING

LEGAL MAIL FROM NOVEMBER 2006 THROUGH JUNE 2007. YOUR COOPERATION

WILL BE MOST APPRECIATED...

**Do NOT write below this line. If more space is required, write on back.**

INTERVIEWED BY MM

DATE JUN 08 2007

DISPOSITION

You have no outgoing legal mail after Oct 2006.
A. Allen
$.10 for Incoming

1

# PROOF OF SERVICE BY MAIL

2

## BY PRISONER "IN PRO PER"

3

4      I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that

5      I am a prison inmate.

6          My prison address is:        California State Prison - Solano
                                          Housing: _19 - 110 UPPER_
7                                          P.O. Box 4000
                                           Vacaville, California 95696-4000
8      .

9      On the "*date*" specified below, I served the following document(s) on the parties listed below by

10     delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to

11     the "Prison Mailbox Rule":

12     Case Name: _KEVIN LAVELLE WALTON_            Case #: _TO BE DETERMINED AT COURT_

13     Document(s) Served: _COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE_

14     _42 U.S.C., Section 1983; WITH ATTACHED EXHIBITS "A", "B", "C", "D",_

15     _"E", "F", "G", "H", and "I", and PROOF OF SERVICE BY MAIL THEREON_

16     The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form

17     attached pursuant to prison regulations, was/were addressed as follows:

18

19     _CLERK of_

20     _UNITED STATES DISTRICT COURT_
       _NORTHERN DISTRICT OF CALIFORNIA_
21     _450 GOLDEN GATE AVENUE_
       _P.O. BOX 36060_
22     _SAN FRANCISCO, CALIF. 94102_

23

24     I declare under penalty of perjury that the foregoing is true and correct. This declaration was

25     executed on ___MAY 6, 2008_____, in Vacaville, California.

26                        "*date*"

27

28                                    Signature: _Kevi Walrn_

                                      Printed Name: _KEVIN LAVELLE WALTON, DECLARANT_
                                                    _IN PRO-SE_

1  KEVIN L. WALTON, J-82251
   CSP-SOLANO: 19-110 UPPER
2  P.O. BOX 4000
   VACAVILLE, CALIF. 95696-4000
3                                      E-filing

4      IN PRO-SE

5      IN   THE   UNITED   STATES   DISTRICT   COURT   **PJH**

6         NORTHERN DISTRICT of CALIFORNIA

7                                   **CV 08**        **2428 (PR)**

8  KEVIN LAVELLE WALTON,            NO: _____
9         Plaintiff,
                                    PLAINTIFF REQUEST THE COURT
10                                  TO FILE SAID COMPLAINT
   V.                              HEREIN AND RETURN HIM
11                                  A TRUE FILED COPY THEREIN
   A. ALLEN, in Individual and      THE ENCLOSED ENVELOPE WITH
12 official capacities,             POSTAGE ALREADY PRE PAID THEREON
13         Defendant.

14

15

16  DATED: MAY 6, 2008;

17                          BY: K. Wa▨
18                          KEVIN LAVELLE WALTON,
                            PLAINTIFF; IN PRO-SE
19

20

21

22

23

24

25

26

27

FROM:
KEVIN LAVELLE WALTON J-83251
CSP - SOLANO: 19 - 110 UPPER
P.O. BOX 4000
VACAVILLE, CALIF. 95696-4000

CALIFORNIA STATE PRISON

RECEIVED

MAY    R 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LABEL107R OCT 1997

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE ™
www.usps.gov

TO:

CLERK of
UNITED STATES DISTRICT
NORTHERN DISTRICT OF
450 GOLDEN GATE AVE
P.O. BOX 36060
SAN FRANCISCO, CALIF.