UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAVELLE WALTON,

        Plaintiff,

    v.

A. ALLEN, in individual and official capacity,

        Defendant.

                                                  No. C 08-2428 PJH (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner who is housed at the California State Prison-Solano, which is in Vacaville, California. The acts complained of occurred at the Solano prison and the defendant is identified as an "officer supervisor at Solano State Prison in Vacaville California." Vacaville is in the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, plaintiff may disregard the clerk's notice regarding the filing fee.

**IT IS SO ORDERED.**

Dated: May 21, 2008.

                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge

G:\PRO-SE\PJH\CR.08\WALTON2428.TRN.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAVELLE WALTON,<br><br>  Plaintiff,<br><br>v.<br><br>A. ALLEN et al,<br><br>  Defendant.<br>_____ / | Case Number: CV08-02428 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Lavelle Walton J-83251
CSP Solano
19-110 Upper
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: May 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk