**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 28, 2008

United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

**RE: CV 08-2428 PJH (PR) WALTON v. ALLEN**

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐ Certified copy of docket entries.

☐ Certified copy of Transferral Order.

☐ Original case file documents.

☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAVELLE WALTON,

        Plaintiff,

  v.

A. ALLEN, in individual and official capacity,

        Defendant.
_____/

No. C 08-2428 PJH (PR)

**ORDER OF TRANSFER**

      This is a civil rights case brought pro se by a state prisoner who is housed at the California State Prison-Solano, which is in Vacaville, California. The acts complained of occurred at the Solano prison and the defendant is identified as an "officer supervisor at Solano State Prison in Vacaville California." Vacaville is in the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

      This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, plaintiff may disregard the clerk's notice regarding the filing fee.

      **IT IS SO ORDERED.**

Dated: May 21, 2008.

                                                             PHYLLIS J. HAMILTON
                                                            United States District Judge

G:\PRO-SE\PJH\CR.08\WALTON2428.TRN.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAVELLE WALTON,

        Plaintiff,

  v.

A. ALLEN et al,

        Defendant.
_____/

Case Number: CV08-02428 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Lavelle Walton J-83251
CSP Solano
19-110 Upper
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: May 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk

CLOSED, E-Filing, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-02428-PJH
### Internal Use Only

Walton v. Allen  
Assigned to: Hon. Phyllis J. Hamilton  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/12/2008  
Date Terminated: 05/21/2008  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Kevin Lavelle Walton**     represented by   **Kevin Lavelle Walton**  
J-83251  
CSP Solano  
19-110 Upper  
P.O. Box 4000  
Vacaville, CA 95696-4000  
PRO SE

V.

**Defendant**

**A. Allen**  
*in Individual and Official Capacities*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2008 | 1 | COMPLAINT against A. Allen. Filed byKevin Lavelle Walton. (Attachments: # 1 Part Two) (far, COURT STAFF) (Filed on 5/12/2008) (Entered: 05/12/2008) |
| 05/12/2008 |   | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 5/12/2008) (Entered: 05/12/2008) |
| 05/12/2008 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (far, COURT STAFF) (Filed on 5/12/2008) (Entered: 05/12/2008) |
| 05/21/2008 | 3 | ORDER TRANSFERRING CASE.. Signed by Judge Phyllis J. Hamilton on 5/21/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 5/21/2008) (Entered: 05/22/2008) |